IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

BILL WORD and DAVID DAQUIN,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT
OF ENERGY,

    Defendant.

2:24-CV-130-Z

## JUDGMENT

The Court has entered its order dismissing Plaintiff's Complaint. Accordingly, this case is **DISMISSED** with prejudice.

**SO ORDERED.**

November 26, 2024.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE